464 A.2d 545

Parker v. Parker, Appellant.

Argued June 17, 1983. Howard R. Cohen, for appellant; Rosalie Davies, for appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

Order affirmed.

464 A.2d 545

Pashman, Appellant v. Arlene Chin.

Pashman, Appellant v. Edwin Chin, et al.

Argued April 20, 1983. Marc S. Weisberg, for appellant; Andrew F. Napoli, for appellees.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.